UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN RE:
    ERIK WAYNE SMITH AND
    SHERRY LYNN SMITH AKA
    SHERRY LYNN DUNN              CASE NO. 14-33266-JDA
                                                      CHAPTER 13
                                                      HONORABLE JOEL D. APPLEBAUM

             DEBTORS.
_____/
ERIC P. MULKA (P73665)
Attorney for Debtors
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 726-1000
_____/

**PROOF OF SERVICE OF AFFIDAVIT OF DEFAULT**

      CRAIG S. SCHOENHERR, SR., being first duly sworn, deposes and says that on February 28, 2020, a copy of the Affidavit of Default and this Proof of Service was served upon:

| | |
|---|---|
| Eric P. Mulka | Carl Bekofske |
| Attorney for Debtors | Trustee |
| 23843 Joy Road | 400 N. Saginaw Street, Suite 331 |
| Dearborn Heights, MI 48127 | Flint, MI 48502 |

electronically pursuant to the court notice of service, and to those not electronically registered by first class mail, postage fully prepaid thereon.

                                O'REILLY RANCILIO P.C.

                                */s/ Craig S. Schoenherr, Sr.*
                                CRAIG S. SCHOENHERR, SR. (P32245)
                                Attorney for Creditor
                                12900 Hall Road, Suite 350
                                Sterling Heights, MI  48313-1151
                                (586) 726-1000
                                ecf@orlaw.com

DATED:  February 27, 2020